# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina ☑

_____Western_____ Division

FILED

AUG 0 7 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | |
|---|---|
| Wendy A Toney | ) Case No. **5:25-cv-00476-BO** |
| | ) _(to be filled in by the Clerk's Office)_ |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) Jury Trial: _(check one)_ ☑ Yes ☐ No |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
| | ) |
| NetApp, Inc. and Magnit, LLC and Tyler Cochrane | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Wendy A Toney |
| Street Address | 10113 Balwins Gate |
| City and County | Cary / Wake |
| State and Zip Code | North Carolina 27511 |
| Telephone Number | 919 434 2015 |
| E-mail Address | blackrockapoth@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | NetApp Inc |
| Job or Title *(if known)* | |
| Street Address | 3060 Olsen Drive |
| City and County | San José / San Jose County |
| State and Zip Code | California, 95128 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Magnit, LLC (formerly PRO Unlimited Global Solutions, Inc.) |
| Job or Title *(if known)* | |
| Street Address | 7777 Glades Road, Suite 208 |
| City and County | Boca Raton / Palm Beach County |
| State and Zip Code | Florida 33434 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Tyler Cochrane |
| Job or Title *(if known)* | Recruiting Specialist |
| Street Address | |
| City and County | Canada |
| State and Zip Code | |
| Telephone Number | 919-476-5600 |
| E-mail Address *(if known)* | TCochrane@tundratechnical.ca |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. § 1964(c) (civil RICO), 18 U.S.C. § 1030(g) (Computer Fraud and Abuse Act), and 18 U.S.C. § 1028 (identity theft and fraud involving personal identifying information).

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Wendy Toney                          , is a citizen of the

State of *(name)*  North Carolina                    .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                                  , is incorporated

under the laws of the State of *(name)*                              ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  Tyler Cochrane                    , is a citizen of

the State of *(name)*                          . Or is a citizen of

*(foreign nation)*  Canada                      .

  b.  If the defendant is a corporation

    The defendant, *(name)* NetApp Inc     , is incorporated under

    the laws of the State of *(name)* California     , and has its

    principal place of business in the State of *(name)* California     .

    Or is incorporated under the laws of *(foreign nation)*      ,

    and has its principal place of business in *(name)*     .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    Plaintiff has suffered extensive damages resulting from a coordinated scheme of fraud, identity theft, and unauthorized access to personal information. These damages include, but are not limited to: unpaid overtime; out-of-pocket costs to remediate identity theft and cyber intrusion; emotional distress; and exposure to legal and financial liability from false employment records and tax filings. Plaintiff also seeks treble damages under 18 U.S.C. § 1964(c) (civil RICO).

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff brings this action under 18 U.S.C. § 1964(c) (civil RICO) and other applicable laws based on a pattern of fraudulent conduct carried out by Defendants, including identity theft, wage and tax fraud, and unauthorized access to Plaintiff's personal and digital information. Defendants conspired to and did cause significant financial, reputational, and emotional harm to Plaintiff through misrepresentation, exploitation of personal data, and cyber intrusion.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks compensatory damages, treble damages under RICO, punitive damages where permitted, injunctive relief to prevent further misuse of her identity and data, attorneys' fees (once retained), and all other relief the Court deems just and proper.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     08/07/2025

Signature of Plaintiff     _Wendy A Toney_

Printed Name of Plaintiff     Wendy A Toney

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____